COURTNEY M. MABEE et al., Appellants, *v.* WHITE PLAINS PUBLISHING COMPANY, INC., Respondent.

Submitted May 20, 1946; decided May 29, 1946.

*Stephen R. J. Roach* for appellants.

*Elisha Hanson, William K. Van Allen, Letitia Armistead* and *Frances K. Marlatt* for respondent.

Motion granted to the extent that reargument is ordered. Reargument to be had during week commencing June 10, 1946.